IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JEROME WASHINGTON
             PLAINTIFF

        V.

SUPERINTENDENT RANDY IRWIN,
OVERALL, SCI-FOREST CORRECTIONAL
OFFICIAL'S AND INMATES CUSTODY, CARE
AND CONTROL; LIEUTENANT J. WALKER;
SERGEANT-JOHN DOE OF SCI-FOREST
R & D PROPERTY SERGEANT; CO:
MOWBRY AND JOHN DOE 1-2 CORRECTIONAL
OFFICIAL'S TO APRIL 21, 2023 PROPERTY
INVENTORY ON HANDHELD SECURITY CAMERA
ARE BEING SUED IN THEIR INDIVIDUAL
CAPACITIES AND OFFICIAL CAPACITIES OR
PERSONAL CAPACITIES FOR $250,000 FOR
PUNITIVE DAMAGES, PROSPECTIVE AND
DECLARATORY RELIEF AND COMPENSATORY
(DAMAGES!!!)
                DEFENDANTS

PRISONERS COMPLAINT
FORM AUTHORIZE BY 42
U.S.C. SECTION §1983 AND
UNDER THE FEDERAL
CONSTITUTIONS 28 U.S.C.
SECTION 1331 AND 1343
(a)(3) DEMANDED BY
JURY TRIAL JURISDICTION
        ORDERED

1:23. cv -292

15 BE

#2

I.F.P. Pending

RECEIVED
OCT 17 2023
CLERK U.S. DISTRICT COURT
FOR THE WEST. DIST/DISTRICT

JURISDICTION & VENUE

INTRODUCTION:

* PLAINTIFF IS HEREBY THE ABOVE ENTITLE PLAINTIFF
JEROME WASHINGTON, AGAINST THE CAPTION CASE DEFENDANT'S
IN THIS §1983 PRISONER Complaint.

° PLAINTIFF JEROME WASHINGTON # HV0292 FILE'S THIS SWORN
STATEMENT UNDER THE UNITED STATES DECLARED PENALTY
OF PERJURY THAT THE FOREGOING IS TRUE, CORRECT AND
ADEQUATE. AS IS FOLLOWED:

1.) THIS IS A CIVIL ACTION PRISONER'S COMPLAINT

(1)

AUTHORIZED) BY 42 U.S.C. SECTION §1983, TO REDRESS THE DEPRIVATION UNDER COLOR OF STATE LAW OF RIGHTS SECURED BY THE CONSTITUTION OF THE UNITED STATE, THE COURT HAS JURISDICTION UNDER 28 U.S.C SECTION 1331 AND 1343 (a)(3). PLAINTIFF SEEKS DECLARATORY, RELIEF PURSUANT TO 28 U.S.C. SECTION 2201 AND 2202 PLAINTIFF'S CLAIM'S FOR INJUNCTION RELIEF, ARE AUTHORIZED BY 28 U.S.C. SECTION 2283 & 2284 BY 28 U.S.C, SECTION §1331(a) AND Rule 65 OF FEDERAL Rules OF CIVIL PROCEDURE'S THIS COMPLAINT IS FILED ACCORDINATE TO Rule 10 & 8(a) FEDERAL Rules OF CIVIL PROCEDURE'S ....

## II. PARTY:

2) PLAINTIFF: JEROME WASHINGTON (HEREINAFTER "MR. WASHINGTON") IS THE AFFECTED PARTY WHO IS SERVING A SENTENCE OF TOTAL CONFINEMENT, THAT WAS AT THE STATE CORRECTIONAL INSTITUTION (HEREINAFTER "SCI") AT FOREST, AT ADDRESS SCI-FOREST, P.O. BOX 307, MARIENVILLE PA. 16239 .. THIS IS WHERE THE DEFENDANTS THROUGH THEIR COUNSEL CAN MAKE SERVICE TO THE PLAINTIFF HEREINAFTER THE DEFENDANT'S ARE SERVED.

②

III. DEFENDANTS:

B) RANDY IRWEN, (HEREINAFTER "IRWEN") IS THE WARDEN OF SCI-FOREST, AND IS RESPONSIBLE FOR THE CORRECTIONAL OFFICIALS AND INMATES AT SCI-FOREST RESTRICTIVE HOUSING UNIT/RHU AND IS THE SUPERINTENDENT THAT OPERATE THE OVERALL CUSTODY CARE AND CONTROL AT SCI-FOREST AND RESIDES AT FOREST, AT ADDRESS:

SCI-FOREST, P.O. BOX 307, MARIENVILLE PA. 16239, SUPERINTENDENT RANDY IRWEN CAN BE SERVED THIS §1983 FORM AT OR AROUND 8:00 A.M. TO 4:00 P.M. FROM MONDAY TO FRIDAY OR THE SUPERINTENDENT ASSISTANT "REEHER", CSA, CAN MAKE SERVICE AT OR AROUND 8:00 A.M. TO 4:00 PM FROM MONDAY TO FRIDAY TO DELIVER THE §1983 PRISONERS COMPLAINT TO SUPT. RANDY IRWEN.

4.) J. WALKER (HEREINAFTER "WALKER") IS THE RESTRICTIVE HOUSING UNIT LIEUTENANT AT SCI-FOREST WITH THE RANK OF A CO^III AND IS RESPONSIBLE FOR THE LOWER RANK SUBORDINATES AT SCI-FOREST, AS PRISON OFFICIALS CO^I & CO^II/SERGEANT'S AND THE RESTRICTIVE HOUSING UNIT/RHU INMATES AT SCI-FOREST UNDER THE CUSTODY CARE AND CONTROL (HEREINAFTER "WALKER")

(3)

IS EMPLOYED AT SCI-FOREST AND RESIDES AT FOREST; AT ADDRESS: SCI-FOREST, P.O. BOX 307, MARIENVILLE PA. 16239, LT. WALKER CAN BE SERVED AT OR AROUND 6:00 A.M, TO 2:00 PM FROM MONDAY TO FRIDAY OR THE SUPERINTENDENT ASSISTANT "REEHER" CSA CAN MAKE SERVICE TO LT. WALKER FROM 8:00 A.M. TO 4:00PM MONDAY TO FRIDAY...

5) CO⁰ MOWREY (HEREINAFTER "MOWREY") IS A CORRECTIONAL OFFICER EMPLOYED AT SCI-FOREST WITH THE RANK OF A CO² AND IS ASSIGN TO THE RESTRICTIVE HOUSING UNIT AT FOREST AND RESEDES AT FOREST, AT ADDRESS: SCI-FOREST, P.O. BOX 307, MARIENVILLE PA. 16239; CO² MOWREY CAN BE SERVED AT OR AROUND 6:00 A.M. TO 2:00 PM FROM MONDAY TO FRIDAY OR THE SUPERINTENDENT ASSISTANT "REEHER" CSA CAN MAKE SERVICE TO CO² MOWREY FROM 8:00 A.M. TO 4:00PM; MONDAY TO FRIDAY.!

6) R & D PROPERTY SERGEANT JOHN DOE 1 AND CORRECTIONAL OFFICIAL'S TO APREL 21, 2023 PROPERTY INVENTORY ON HANDHELD SECURITY CAMERA; CAN BE SERVED AT SCI-FOREST, P.O. BOX 307, MARIENVILLE PA. 16239; FROM MONDAY TO FRIDAY; AT 6:00 A.M TO

④

2:00 pm OR CAN BE SERVED BY SUPERINTENDENT ASSISTANT "REEHER" CSA FROM 8:00 A.M. TO 4:00 pm; FROM MONDAY TO FRIDAY.

## IV Complaint:

7) PLAINTIFF WAS TRANSFERED TO SCI-FOREST ON MARCH 1st 2023 AND/OR

8) PLAINTIFF PERSONAL PROPERTY WAS TRANSFERED TO SCI-FOREST ON MARCH 24, 2023 AND

9) PLAINTIFF PERSONAL PROPERTY DID NOT BE INVENTORY TO APRIL 21, 2023 IN WHICH THE BELOW DEFENDANTS ALL PARTICIPATED IN SOME WAY, UPON DEPRIVING PLAINTIFF OF HIS PROPERTY. WITHIN THE DEFENDANTS ACTING OR INACTING IN THE DESTRUCTION OF LEGAL DOCUMENTARY EVIDENCE AND PERSONAL PROPERTY BEING DESTROYED, CONFISCATED AND STOLEN HEREIN

10) SUPERINTENDENT RANDY IRWIN, LT. WALKER; COs MOWREY AND R&D SERGEANT JOHN DOE AND COs- JOHN DOE 1-2 PRESENT ON APRIL 21, 2023 WAS THE PRISON OFFICALS RESPONSIBLE FOR THE PLAINTIFF MISSING PROPERTY. AS FOLLOW:

(5)

A.) TABLET (DESTROYED)

B.) FOUR HAND MADE TEADDY BEARS & (2) CAKES MADE BY HAND (DESTROYED)

C.) A COMPOSETION BOOK, WROTE IN FOR A CARTOON WRETEN STORY OR SCRIPT, (DESTROYED

D.) 60 BOOK'S (DESTROYED)

E.) LEGAL CEVIL CASE'S & CREMENAL CASE'S (DESTROYED)

F.) TABLET-CHARGER (DESTROYED)

G.) FOUR NOVELS WROTE IN COMPOSETION BOOKS (DESTROYED)

H.) ATLEAST 300 PAGE'S DRAWING'S OF INDAVDUAL CHARACTERS TO MY CARTOON (DESTROYED)

I.) ATLEAST TEN CHELDREN BOOK'S (DESTROYED)


## V. EXHAUSTION:

11.) EXHAUSTION OF ADMENESTRATEVE REMEDES AND EXHAUSTION THROUGH ABUSE ALLEGATEON.


## VI. RELEEF:

12.) PLANTEFF JEROME WASHENGTON ES A PRESONER FELENG THES PRESONER COMPLAENT CLAEM STATENG THE DESTRUCTEON OF LEGAL DOCUMENTS AND PERSONAL PROPERTY — SPOLEATEON THROUGHOUT THES ALLEGATEON CONFERENCE TO REFERENCE

⑥

PARAGRAPH'S 1 To 11 oF THIS COMPLAINT FOR
THE BELOW RELIEF. AND AMENDMENT'S To THE
CONSTITUTION'S VIOLATED; AS FOLLOWED:

3) 8th AND 14th AMENDMENT VIOLATIONS To DUE
PROCESS AND THE CONSTITUTION'S oF PRISONERS
RIGHTS . . .

4) PLAINTIFF SEEK'S PUNITIVE DAMAGES To PUNISH
AND DISCIPLINE THE DEFENDANTS IN THE Amount
TEN TIMES GREATER THAN COMPENSATORY DAMAGES

5) PLAINTIFF SEEKS COMPENSATORY DAMAGE FOR $350,000
IN THE INDIVIDUAL CAPACITIES, AND OFFICIAL CAPACITIES
OR PERSONAL CAPACITIES

6) PROSPECTIVE AND DECLARATORY RELIEF FOR DEFENDANTS
To REPLACE ALL DESTROYED PROPERTY AND PAID THE COST'S
OF THIS LITIGANT
· ANYOTHER RELIEF SUITABLE AND REASONABLE FOR RELIEF
AND.
· PLAINTIFF IS WILLING TO MEDIATE THE CASE, IF
DEFENDANTS ARE REASONABLE FOR SUCH LOST

⑦

PLAINTIFF IS PRO-SE LITEGANT UNDER THE U.S.
DECLARED PENALTY OF PERJURY THAT THE FOREGOING
IS TRUE. CORRECT AND ADEQUATE; AS IS

RESPECTFULLY SUBMITTED
SCE FOREST
P.O. BOX 307
MARIENVILLE PA. 16239

DATED 10-10-23

⑧

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JEROME WASHINGTON
        PLAINTIFF

    V.

SUPERINTENDENT RANDY IRWIN
OVERALL, SCI-FOREST CORRECTIONAL
OFFICIALS AND INMATES CUSTODY,
CARE AND CONTROL; LIEUTENANT
J. WALKER, SERGEANT- JOHN DOE OF
SCI-FOREST R&D PROPERTY SERGEANT;
CO'S MOWREY AND JOHN DOE 1-2
CORRECTIONAL OFFICIAL'S TO APRIL
21,2023 PROPERTY INVENTORY ON
HANDHELD SECURITY CAMERA ARE
BEING SUED IN THEIR INDIVIDUAL
CAPACITIES AND OFFICIAL CAPACITIES
OR PERSONAL CAPACITIES FOR $350,000
FOR PUNITIVE DAMAGES, PROSPECTIVE AND
DECLARATORY RELIEF AND COMPENSATORY
DAMAGES
            DEFENDANTS

PRISONERS COMPLAINT
FORM AUTHORIZE BY 42
U.S.C. SECTION §1983 AND
UNDER THE FEDERAL
CONSTITUTION'S 28 U.S.C
SECTION 1331 AND 1343
(A)(3) DEMANDED BY
JURY TRIAL JURISDIC-
TION ORDERED)

CERTIFICATE PROVE OF SERVICE

AND NOW THIS WET DAY OF OCTOBER 10, 2023 I'AM
SENDING THIS CERTIFICATE ATTACHED TO A MOTION FOR
INFORMA PAUPERES AND A MOTION FOR APPOINTMENT OF
COUNSEL ATTACHED TO PLAINTIFF PRISONERS
COMPLAINT FORM §1983 IN THIS OUTGOING PRE-
PAID FIRST CLASS MAIL DELIVERY TO THE WESTERN
DISTRICT COURT FOR AN ORDER GRANTED

                                HONORABLE JUDGE
JEROME WASHINGTON              NAME:
HVO282                         SIGNATURE:
SCI-FOREST
P.O. BOX 307                    CLERK'S OFFICE
MARIENVILLE, PA 16239         UNITED STATES DISTRICT COURT
                              700 GRANT STREET, RM. 3110
                              PITTSBURGH, PA. 15219

        DATE 10-10-22