IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEROME JUNIOR WASHINGTON, | )<br>) Case No. 2:22-cv-01206 |
| Plaintiff, | ) |
| v. | ) District Judge David S. Cercone<br>) Magistrate Judge Kezia O. L. Taylor |
| SERGEANT IMHOFF and ROBERT D. GILMORE, *Superintendent of SCI-Greene*, | )<br>)<br>) |
| Defendants. | )<br>) |

## ORDER

**AND NOW**, this 20th day of August, 2024, in accordance with the Memorandum Opinion and Order of Court entered on this date and pursuant to Federal Rule of Civil Procedure 58, IT IS ORDERED that final judgment is entered in favor of defendants and against plaintiff in the form of the dismissal of plaintiff's complaint. The Clerk of Court is directed to mark the case closed.

s/David Stewart Cercone
David Stewart Cercone
Senior United States District Judge

Cc: Jerome Junior Washington
HV0282
SCI Camp Hill
P.O. Box 8837
2500 Lisburn Road
Camp Hill, PA  17001